UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA *ex rel.*
LORI MORSELL, *et al.*,

        Plaintiffs,

v.

SYMANTEC CORPORATION,

        Defendant.

C.A. No. 12-0800 (RC)

**DEFENDANT SYMANTEC CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a), defendant Symantec Corporation ("Symantec") respectfully moves this Court to enter summary judgment in Symantec's favor on all counts in the First Amended Omnibus and Restated Complaint and Complaint in Intervention (the "Complaint") filed by Plaintiffs the United States of America, the People of the State of California, the State of Florida, and relator Lori Morsell, on behalf of the state of New York (collectively, "Plaintiffs"). As established in Symantec's Statement of Points and Authorities in Support of its Motion for Summary Judgment, there are no genuine issues as to any material facts that preclude judgment in Symantec's favor as a matter of law.

Respectfully submitted:

*/s/ David L. Douglass*
David L. Douglass (D.C. Bar No. 447157)
Christopher M. Loveland (D.C. Bar No. 473969)
Jonathan S. Aronie (D.C. Bar No. 443151)
Anne B. Perry (D.C. Bar No. 447930)
David T. Fischer (D.C. Bar No. 472236)
SHEPPARD MULLIN RICHTER &

   HAMPTON LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006-6801
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
ddouglass@sheppardmullin.com
cloveland@sheppardmullin.com
dfischer@sheppardmullin.com

Alexander W. Major (D.C. Bar No. 494872)
MCCARTER & ENGLISH LLP
1301 K. Street N.W., Suite 1000 West
Washington, D.C. 20005
Telephone: (202) 753-3400
Facsimile: (202) 354-4604

Dated: June 6, 2019               amajor@mccarter.com

*Attorneys for Symantec Corporation*