# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LORI MORSELL, *et al.*, | : : : |
| Plaintiffs, | : Civil Action No.: 12-800 (RC) |
| v. | : Re Document Nos. 125, 127 |
| SYMANTEC CORPORATION, | : : |
| Defendant. | : |

## ORDER

### GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND GRANTING IN PART AND DENYING IN PART THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that the United States' Motion for Partial Summary Judgment (ECF No. 127) is **GRANTED IN PART AND DENIED IN PART**, and that Symantec's Motion for Summary Judgment (ECF No. 125) is **GRANTED IN PART AND DENIED IN PART**.

It is **FURTHER ORDERED** that the Parties shall jointly advise the Court on or before **April 13, 2020** as to what portions, if any, of the Memorandum Opinion, currently filed under seal, should not be made public.

**SO ORDERED**.

Dated: March 30, 2020

RUDOLPH CONTRERAS
United States District Judge