UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LORI MORSELL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NORTONLIFELOCK INC. (f/k/a SYMANTEC CORPORATION),<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 12-0800 (RC)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff the State of Florida and Relator Lori Morsell hereby give notice that all claims asserted by the State of Florida in this action are voluntarily dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: September 10, 2021

| | |
|---|---|
| ASHLEY MOODY<br>Attorney General of the State of Florida<br><br>By:  /s/ *Gregory S. Slemp*<br>   Gregory S. Slemp<br>   Christopher Knight<br>   Office of the Attorney General<br>   The Capitol, PL-01<br>   Tallahassee, Florida<br>   (850) 414-3300<br><br>*Attorneys for the State of Florida* | LONDON & MEAD<br><br> /s/ *Christopher B. Mead*<br>Christopher B. Mead, D.C. Bar #411598<br>Mark London, D.C. Bar #293548<br>Lance Robinson, D.C. Bar #991118<br>1225 19th Street, NW, Suite 320<br>Washington, DC 20036<br>(202) 331-3334<br><br>*Attorneys for Relator Lori Morsell* |