UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LORI MORSELL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NORTONLIFELOCK INC. (f/k/a SYMANTEC CORPORATION), <br><br> Defendant. | Civil Action No. 12-0800 (RC) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The State of New York and Relator Lori Morsell hereby give notice that all claims asserted by and on behalf of the State of New York in this action, including all claims for fees and costs relating thereto, are voluntarily dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

| | |
|---|---|
| LETITIA JAMES<br>Attorney General of the State of New York<br><br>By:   /s/ *Bryan P. Kessler*<br>       Bryan P. Kessler<br>       Senior Counsel<br>       Taxpayer Protection Bureau<br>       (212) 416-8736<br><br>*Attorney for the State of New York* | LONDON & MEAD<br><br>/s/ Christopher B. Mead<br>Christopher B. Mead, D.C. Bar #411598<br>Mark London, D.C. Bar #293548<br>1225 19th Street, NW, Suite 320<br>Washington, DC 20036<br>(202) 331-3334<br><br>*Attorneys for Relator Lori Morsell* |
| Gregory M. Luce (D.C. Bar No. 399973)<br>Bradley A. Klein (D.C. Bar No. 973778)<br>John A.J. Barkmeyer (D.C. Bar No. 1014956)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Ave., N.W.<br>Washington, D.C. 20005-2111<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br>greg.luce@skadden.com<br>bradley.klein@skadden.com<br>john.barkmeyer@skadden.com<br><br><br><br><br><br>*Attorneys for Defendant NortonLifeLock, Inc.* | /s/ *David L. Douglass*<br>David L. Douglass (D.C. Bar No. 447157)<br>Christopher M. Loveland (D.C. Bar No. 473969)<br>Anne B. Perry (D.C. Bar No. 447930)<br>Jonathan S. Aronie (D.C. Bar No. 443151)<br>David T. Fischer (D.C. Bar No. 472236)<br>Keeley A. McCarty (D.C. Bar No. 1015584)<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 Pennsylvania Ave., N.W., Suite 100<br>Washington, D.C. 20006-6801<br>Telephone: (202) 747-1900<br>Facsimile: (202) 747-1901<br>ddouglass@sheppardmullin.com<br>cloveland@sheppardmullin.com<br>aperry@sheppardmullin.com<br>jaronie@sheppardmullin.com<br>dfischer@sheppardmullin.com<br>kmccarty@sheppardmullin.com<br><br>Alexander W. Major (D.C. Bar No. 494872)<br>MCCARTER & ENGLISH LLP<br>1301 K Street, N.W., Suite 1000 West<br>Washington, D.C. 20005<br>Telephone: (202) 753-3400<br>Facsimile: (202) 354-4604<br>amajor@mccarter.com |

Dated: August 23, 2022