UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* LORI MORSELL, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 12-0800 (RC) |
| NORTONLIFELOCK INC. (f/k/a SYMANTEC CORPORATION), | ) ) ) | |
| Defendant. | ) ) ) | |

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Relator Lori Morsell hereby gives notice that all remaining claims for fees and costs in this matter, including all such claims relating to the judgments at ECF Nos. 362 and 391, are voluntarily dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Relator asks that the Court keep the case open for administrative purposes because Relator and the United States have signed a contract providing for the payment of a relator's share to Ms. Morsell, but the Government has not made payment yet.

DATED:  February 26, 2025          Respectfully submitted:

LONDON & MEAD


__/s/_ Christopher B. Mead__
Christopher B. Mead, D.C. Bar #411598
Mark London, D.C. Bar #293548
1225 19th Street, NW, Suite 320
Washington, DC 20036
(202) 331-3334

*Attorneys for Relator Lori Morsell*

David L. Douglass (D.C. Bar No. 447157)
Christopher M. Loveland (D.C. Bar No. 473969)
Jonathan S. Aronie (D.C. Bar No. 443151)
Anne B. Perry (D.C. Bar No. 447930)
David T. Fischer (D.C. Bar No. 472236)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006-6801
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
ddouglass@sheppardmullin.com
cloveland@sheppardmullin.com
dfischer@sheppardmullin.com


Gregory M. Luce (D.C. Bar No. 399973)
Bradley A. Klein (D.C. Bar No. 973778)
John A.J. Barkmeyer (D.C. Bar No. 1014956)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
greg.luce@skadden.com
bradley.klein@skadden.com
john.barkmeyer@skadden.com

Alexander W. Major (D.C. Bar No. 494872)
MCCARTER & ENGLISH LLP
1301 K Street, N.W., Suite 1000 West
Washington, D.C. 20005
Telephone: (202) 753-3400
Facsimile: (202) 354-4604
amajor@mccarter.com

Attorneys for Defendant Gen Digital Inc.